**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kimberly Wright<br>**Debtor(s)** | **BK NO. 18-00373 HWV**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rushmore Loan Servicing as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust and index same on the master mailing list.

    Respectfully submitted,

    **/s/ James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    412-430-3594