*Kimberly Wright*

           Defendant(s)         Civil No. 1-18-bk-00373-HWV

vs.                                      Chapt:13

                                     Honorable Judge Van Eck

*Wilmington Savings Fund Society, FSB*
*D/B/A Christiana Trust, not individually*
*but as trutee for Pretium Mortgage*
*Acquisition trust is 120 So. 6th st.,*
*Suite 2100, Minneapolis, MN 55402.,*



*Powers Kirn & Associates, LLC*
*Attorneys for Plaintiff*
*Eight Neshaminy Interplex; Suite 215*
*Trevose, PA 19053*

                      Plaintiff(s)

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

### Motion To Extend Time To File Schedules/Statements

The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

One or more schedules (A – J)

Form 3015-I (Chapt13 plan)

Financial Statements

122C-1 & 122C-2 & 107

1. This extension is necessary due to the large number of forms and issues with review of schedules. Pertinent information needs to be researched and gathered, Defendant(s)

1

request Motion to Extend Time to file Schedules/Statues and additional devices as stated above and/or hire an attorney to represent the case.

2. Defendant's requests extension to and including 20 (business) days (date): April 20, 2018 or further relief that the court deems just.

WHEREFORE, Defendant(s) *Kimberly Wright,* request(s) the Court to grant the Motion for Extension of Time and for such other and further relief that the court deems just and proper. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my ability.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via US Mail this 19 day of March, 2018.

KIMBERLY WRIGHT, prose
2536 EASTON BLVD #122
YORK, PA 17402

2

*Kimberly Wright*

                Defendant(s)                 Civil No. 1-18-bk-00373-HWV

vs.

*Wilmington Savings Fund Society, FSB*
*D/B/A Christiana Trust, not individually*
*but as trutee for Pretium Mortgage*
*Acquisition trust is 120 So. 6th st.,*
*Suite 2100, Minneapolis, MN 55402.,*

*Powers Kirn & Associates, LLC*
*Attorneys for Plaintiff*
*Eight Neshaminy Interplex; Suite 215*
*Trevose, PA 19053*
                Plaintiff(s)

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

### Motion To Extend Time To File Schedules/Statements

Civil No. 1-18-bk-00373-HWV

### Certificate of Service

I hereby certifiy that a copy of was sent by first class mail, postage pre-paid, upon the following on the date listed below:

Powers Kirn & Associates, LLC
Attorneys for Plaintiff
Eight Neshaminy Interplex; Suite 215
Trevose, PA 19053

Wilmington Savings Fund Society, FSB,
D/B/A Christiana Trust, not individually
but as trustee for Pretium Mortgage
Acquisition trust is 120 So. 6th st.,

                                                                  <u>KIMBERLY WRIGHT</u>, prose
                                                                    2536 EASTON BLVD #122
                                                                          YORK, PA 17402

3