*Kimberly Wright*　　　　　　　　　　　　Civil No. 1-18-bk-00373-HWV

　　　　　　Defendant(s)　　　　　　　　　Chapt:13

　　　　vs.　　　　　　　　　　　　　　Honorable Judge Van Eck

*Wilmington Savings Fund Society, FSB*
*D/B/A Christiana Trust, not individually*
*but as trutee for Pretium Mortgage*
*Acquisition trust is 120 So. 6th st.,*
*Suite 2100, Minneapolis, MN 55402.,*

*Powers Kirn & Associates, LLC*
Attorneys for Plaintiff
Eight Neshaminy Interplex; Suite 215
Trevose, PA 19053
　　　　　　Plaintiff(s)

<u>UNITED STATES BANKRUPTCY COURT</u>
<u>MIDDLE DISTRICT OF PENNSYLVANIA</u>

NO:, 2015-su-004163-06

### **<u>Emergency Request for Determinatiion of Arrears/Adjustment to the Backend</u>**

The Defendant's request is the start distribution of first payment for the Month of April, 1st, 2018. to the Trustee of Court along with Trustee's fees and the months of February and March to be added to the backend of arrearage.

1. For reason's being, Defendant's is having to exhaust means of determining the proper authorized mortgagor to receive payments. I written a request to have document of correct payment address.

2. The Defendant's request the court to accept the start distribution of first mortgage payment of April, 1st, 2018 along with arrearage fees for the month April to be distributed to Trustee of Court. The request of the honorable Judge is for Februry and March be included in the backend arrears.

3. Honorable Judge I was extremely ill and I am now recovering. I did not engage in conduct exclusively for the purpose of avoiding my mortgage obligation.

4. Honorable Judge Henry W. Van Eck advise if this request is denied or approved as this is a urgency matter.

WHEREFORE, the debtor(s) pleas that this Court grant the Motion to (Extend or Impose) the Automatic Stay as to all creditors and as pertains to *Wilmington Savings Fund Society, FSB.*, Movant(s) after notice and opportunity to your response, and for all other proper relief. I affirm under the penalty of perjury that the foregoing is true and correct to the best of my information and belief.

　　　　　　　　　　　　　　　　　　　　KIMBERLY WRIGHT, prose
　　　　　　　　　　　　　　　　　　　　2536 EASTON BLVD #122
　　　　　　　　　　　　　　　　　　　　YORK, PA 17402

1

*[Filed stamp: 2018 MAR 27 PM 3:07, CLERK U.S. BANKRUPTCY COURT, FILED HARRISBURG, PA]*

Kimberly Wright

Defendant(s)

vs.

*Wilmington Savings Fund Society, FSB
D/B/A Christiana Trust, not individually
but as trutee for Pretium Mortgage
Acquisition trust is 120 So. 6th st.,
Suite 2100, Minneapolis, MN 55402.,*

*Powers Kirn & Associates, LLC*
Attorneys for Plaintiff
Eight Neshaminy Interplex; Suite 215
Trevose, PA 19053

Plaintiff(s)

Civil No. 1-18-bk-00373-HWV

Chapt:13

Honorable Judge Van Eck

## UNITED STATES BANKRUPTCY COURT

### MIDDLE DISTRICT OF PENNSYLVANIA
Emergency Request for Determinatiion of Arrears/Adjustment to the Backend

NO:, 2015-su-004163-06

### Certificate of Service

I hereby certifiy that a copy of was sent by first class mail, postage pre-paid, upon the following on the date listed below:

Powers Kirn & Associates, LLC
Attorneys for Plaintiff
Eight Neshaminy Interplex; Suite 215
Trevose, PA 19053

Wilmington Savings Fund Society, FSB,
D/B/A Christiana Trust, not individually
but as trustee for Pretium Mortgage
Acquisition trust is 120 So. 6th st.,
Suite 2100, Minneapolis, MN 55402.

KIMBERLY WRIGHT, prose
2536 EASTON BLVD #122
YORK, PA 17402

2