**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

*Kimberly Wright*  Civil No. 1-18-bk-00373-HWV

    Defendant(s)  Chapt:13

    vs.

Lawrence V. Young, Esquire
CGA Law Firm; its Attorneys
135 North George Street
York, Pennsylvania 17401

Manchester Township

    Plaintiff(s)

### NOTICE OF MOTION TO DISMISS PROCEEDINGS IN DEBT LAWSUIT WITH DEBT COLLECTOR, PLAINTIFF'S CGA LAW FIRM, IT'S ATTORNEY'S, LAWRENCE V. YOUNG, ESQUIRE, MANCHESTER TOWNSHIP

There is no supporting documentation attached to the petition, by CGA Law Lawrence V Young Esquire Firm as requested by PA jurisdiction, therefore the motion should be DISMISSED by the court.

The court can not properly exercise jurisdiction over this case without proper serving of the suit from the Movant/Plaintiff of CGA Law Lawrence V Young Esquire Firm, and it's Attorneys of 135 North George Street, York, Pennsylvania 17101 onto the alleged Debtor.

The Plaintiff(s)CGA Law Lawrence V Young Esquire Firm, Is a debt collector and has not provided contractual documentation of being a representative for said Movant, Manchester Township. Neither has the Plaintiff(s)provided validation of said debt.

The Defendant request the court to Dismiss for lack of the proper party, CGA Law Lawrence V Young Esquire Firm, for falsely accusations to Defendant in of this alleged debt.

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

*Kimberly Wright*                                  Civil No. 1-18-bk-00373-HWV

    Defendant(s)                          Chapt:.13

    vs.

Lawrence V. Young, Esquire
CGA Law Firm; its Attorneys
135 North George Street
York, Pennsylvania 17401


Manchester Township

    Plaintiff(s)

### Certificate of Service

I hereby certifiy that a copy of was sent by first class mail, postage pre-paid, upon the following listed below:

NO:, 1-18-bk-00373-HWV

*Lawrence V. Young, Esquire*
*CGA Law Firm, its Attorneys*
*135 North George Street*
*York, Pennsylvania 17401*

*Charles J. Dehart, III Esq.*
*8125 Adams Dr. Ste A*
*Hummelstown, PA 17036*

*Manchester Township*

                                        KIMBERLY WRIGHT, prose
                                        2536 EASTON BLVD #122
                                        YORK, PA 17402

2

Case 1:18-bk-00373-HWV    Doc 39    Filed 05/08/18    Entered 05/08/18 14:18:06    Desc
Main Document    Page 2 of 2