```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                                Case No. 18-00373-HWV
Kimberly Wright                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: karendavi     Page 1 of 1     Date Rcvd: May 10, 2018
                      Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2018.
db        +Kimberly Wright,   2536 Eastern Blvd #122,   York, PA 17402-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
          Jill Manuel-Coughlin   on behalf of Creditor   WILMINGTON SAVINGS FUND ET AL jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com
          Lawrence V. Young   on behalf of Creditor   Manchester Township lyoung@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    KIMBERLY WRIGHT,<br>                    *Debtor* | Chapter 13<br><br>Case No. 1-18-bk-00373-HWV |
| KIMBERLY WRIGHT<br>                    *Movant*<br>v.<br><br>MANCHESTER TOWNSHIP,<br><br>AND<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE,<br>                    *Respondents* | |

ORDER

Upon consideration of the Debtors' Motion to Continue the hearing on Manchester Township's Motion for Relief, it is hereby

ORDERED that the Motion is Granted and the hearing currently scheduled for May 15, 2018 at 9:30 A.M. in the United States Bankruptcy Court for the Middle District of Pennsylvania, Third and Walnut Streets, Bankruptcy Courtroom (Third Floor), Ronald Reagan Federal Building, Harrisburg, Pennsylvania has been continued to June 5, 2018.

Dated: May 10, 2018

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Bankruptcy Judge (KB)