IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    KIMBERLY WRIGHT,<br>                 *Debtor*<br><br>MANCHESTER TOWNSHIP,<br>                 *Movant*<br>v.<br><br>KIMBERLY WRIGHT<br><br>AND<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE,<br>                 *Respondents* | Chapter 13<br><br>Case No. 1-18-bk-00373-HWV |

MANCHESTER TOWNSHIP'S RESPONSE TO DEBTOR'S
NOTICE OF MOTION TO DISMISS PROCEEDINGS IN DEBT LAWSUIT WITH DEBT
COLLECTOR, PLAINTIFF'S CGA LAW FIRM, IT'S (SIC) ATTORNEY'S (SIC),
LAWRENCE V. YOUNG, ESQUIRE, MANCHESTER TOWNSHIP

COMES NOW, this 15th day of May, 2018, Manchester Township, by and through its attorneys, CGA Law Firm, Lawrence V. Young, Esquire, and responds to Debtor's Motion to Dismiss as follows:

1. Proof of Claim #2-1 filed in the within case by Manchester Township on April 24, 2018 includes supporting documentation evidencing the debt owed to Manchester Township by the Debtor. A copy of that Proof of Claim and the supporting documentation is attached hereto incorporated herein by reference as Exhibit "A."

2. It is believed that service of process was properly made upon the Debtor.

3. This is not required by law as Lawrence V. Young is an attorney licensed by the Commonwealth of Pennsylvania.

4. There were no false accusations made.

{01469277/1}

WHEREFORE, it is requested that the Debtor's Motion to Dismiss be denied and that the Motion to Dismiss, itself, be dismissed with prejudice.

        Respectfully submitted,

        CGA Law Firm

        <u>/s/Lawrence V. Young, Esquire</u>
        Lawrence V. Young, Esquire
        Supreme Court No. 21009
        135 North George Street
        York, PA 17401
        Telephone: 717-848-4900
        Attorney for Movant

{01469277/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    KIMBERLY WRIGHT,<br>                *Debtor*<br><br>MANCHESTER TOWNSHIP,<br>                *Movant*<br>v.<br><br>KIMBERLY WRIGHT<br><br>AND<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE,<br>                *Respondents* | Chapter 13<br><br>Case No. 1-18-bk-00373-HWV |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 15, 2018, a true and correct copy of the attached document was served upon the following parties in the following manner:

| Name | Mode of Service |
|---|---|
| Kimberly Wright<br>2536 Eastern Blvd. #122<br>York, PA 17402 | United States First Class Mail, Postage Prepaid |
| Charles J. DeHart, III, Chapter 13 Trustee | Via CM/ECF |

I certify under penalty of perjury that the forgoing is true and correct.

Dated: 05/15/2018                    /s/Lawrence V. Young, Esquire
                                                           Lawrence V. Young, Esquire

{01469277/1}