IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    KIMBERLY WRIGHT,<br>                   *Debtor*<br><br>MANCHESTER TOWNSHIP,<br>                 *Movant*<br>v.<br><br>KIMBERLY WRIGHT<br><br>AND<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE,<br>               *Respondents* | Chapter 13<br><br>Case No. 1-18-bk-00373-HWV |

MANCHESTER TOWNSHIP'S RESPONSE
TO DEBTOR'S REQUEST FOR STAY OF PROCEEDINGS

COMES NOW, this 15th day of May, 2018, Manchester Township, by and through its attorneys, CGA Law Firm, Lawrence V. Young, Esquire, and responds to Debtor's Request to Stay of Proceedings as follows:

1. Manchester Township merely seeks to lift the Automatic Stay for the purpose of perfecting a lien for unpaid municipal charges. Manchester Township has no intention of further executing against the real estate located at 1869 Brandywine Lane, Manchester Township, York County, Pennsylvania ("the Property").

2. It is denied that the Defendant occupies the Property as a primary residence. The Property is located at 1869 Brandywine Lane, Manchester Township, York County, Pennsylvania. The Debtor, however, in her own paperwork, lists her address at 2536 Eastern Blvd., #122, York, Pennsylvania 17402. It is averred that Debtor's residence is in a different municipality and even has a different zip code.

{01469290/1}

3. Proof of Claim #2-1 filed in the within case by Manchester Township on April 24, 2018 includes supporting documentation evidencing the debt owed to Manchester Township by the Debtor. A copy of that Proof of Claim and the supporting documentation is attached hereto incorporated herein by reference as Exhibit "A."

4. A continuance has been granted and was not opposed, but ultimately Manchester Township's Motion for Relief from the Automatic Stay for the purpose of placing a lien upon the Property for unpaid municipal charges should be granted.

5. The actions of Manchester Township are not unfair or deceptive.

WHEREFORE, it is requested that the relief sought by Manchester Township be granted.

Respectfully submitted,

CGA Law Firm

/s/Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
Supreme Court No. 21009
135 North George Street
York, PA 17401
Telephone: 717-848-4900
Attorney for Movant

{01469290/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re:<br>    KIMBERLY WRIGHT,<br>                  *Debtor*<br><br>MANCHESTER TOWNSHIP,<br>                  *Movant*<br>v.<br><br>KIMBERLY WRIGHT<br><br>AND<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE,<br>                  *Respondents* | Chapter 13<br><br>Case No. 1-18-bk-00373-HWV |
|---|---|

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 15, 2018, a true and correct copy of the attached document was served upon the following parties in the following manner:

| Name | Mode of Service |
|---|---|
| Kimberly Wright<br>2536 Eastern Blvd. #122<br>York, PA 17402 | United States First Class Mail, Postage Prepaid |
| Charles J. DeHart, III, Chapter 13 Trustee | Via CM/ECF |

I certify under penalty of perjury that the forgoing is true and correct.

Dated: 05/15/2018                    /s/Lawrence V. Young, Esquire
                                             Lawrence V. Young, Esquire

{01469290/1}