**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

*Kimberly Wright*                               Civil No. 1-18-bk-00373-HWV

        Defendant(s)               Chapt:. 13

        vs.

Lawrence V. Young, Esquire
CGA Law Firm; its Attorneys
135 North George Street
York, Pennsylvania 17401

Manchester Township

        Plaintiff(s)

## OBJECTIONS OF DEFENDANT'S TO LIFT AUTOMATIC STAY; DEFENDANT REQUEST DISMISSAL OF HEARING AND REQUEST MOTION TO STAY PROCEEDINGS

Defendant(s) Kimberly Wright, Pro Se, file this Objections to Lift Stay and/or Dismiss proceedings of Plaintiff's complaint and as grounds therefore state(s):

Re: July 10, 2018 Hearing

As Lawrence V. Young explained Manchester Township has reallocated Defendant's payments. Most recently received from Manchester Township is updated billing, invoiced dated 8/1/2018. Proof of Pre-Petition arrears showing the amount of $23.60 overdue and the current Post-Petition claim of $38.00 Trash and $95.00 Sewer Treatment for a total $156.60 Quarterly payment not due until 8/1/2018 received by mail to Defendant. legal insufficiency of a pleading (demurrer);matter under Rule 1030.

Request Objections to Honorable court to stay proceedings as the current Manchester Township Billing Summary shows pre-petition payments to be less than necessary to continue with hearing.

Per Plaintiff, see attached Current Exhibit of prior Balance verifiable by Plaintiff, Manchester Township, c/o Lawrence V. Young, Attorney.

1

Defendant's request for honarable court to to dismiss various fees and costs that have or may be entered as mentioned by Lawrence V. Young, attorney due to the omitted payments and verified by Manchester Township reallocation of billing charges. Plaintiff's Pre-Petitioon arrears $23.60 is still disputed, but can be rectified with Manchester Township and will be paid by Defendant. 52 Pa. Code § 5.61.

Defendant's request the Honorable Judge to Dismiss Lift of Stay hearing. The Plaintiff's has located and placed misappropriated funds of the Defendant's toward Pre-Petition payments resulting in the final Pre-Petition amount of $23.60 being due as a satisfaction of Pre-Petition debt, Defendant respectfully request motion to stay proceedings remain in affect.

Wherefore, your Defendant prays that his Honorable Court enter an Order to continue Stay and Objections to proceedings in the above-captioned case are applicable.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

KIMBERLY WRIGHT, prose  
2536 EASTON BLVD #122  
YORK, PA 17402

*Exhibit "Attached"*

# MANCHESTER TOWNSHIP
3200 FARMTRAIL ROAD, YORK, PA 17406-5699    717-764-4646

| Name: | WRIGHT, KIMBERLY | | | Invoice Date: | 07/01/2018 |
|---|---|---|---|---|---|
| Account Number: | 4043018690 | Premise #: | 4954 | Invoice Number: | 684156 |
| Service Location: | 1869 BRANDYWINE LN | | | Payment Due Date: | 08/01/2018 |

| SERVICE / METER ID | PREVIOUS DATE READING | PRESENT DATE READING | CONSUMPTION |
|---|---|---|---|

**BILLING SUMMARY**
PERIOD: 7/1/2018 - 9/30/2018

**Prior Balance, Payments and Adjustments**

| Previous Balance | 23.60 |
|---|---|
| Payments | 0.00 |
| Adjustments/Credits | |
| Penalty | 0.00 |

*(handwritten: Corrected Pre-Petition Balance)*

**Current Charges**

| TRASH | 38.00 |
|---|---|
| SEWER TREATMENT | 95.00 |

**AMOUNT DUE:**

| BEFORE 8/1/2018 | AFTER 8/1/2018 |
|---|---|
| $156.60 | $169.90 |

3028    Please keep this portion for your records

**Messages:**

Make Check Payable To: **MANCHESTER TOWNSHIP SEWER**
(No postdated checks will be accepted.)

at: MANCHESTER TOWNSHIP
   3200 Farmtrail Road
   York, PA 17406-5699

IN PERSON  -  BY MAIL  -  USE DROP BOX
on line at www.mantwp.com and click on "pay online"

*Time and method of payments, discount and penalty provisions, are as prescribed by the Manchester Township Code of Ordinances*

PLEASE NOTE: Failure to receive bill does not excuse non-payment or relinquish customer of late charges.

**OFFICE HOURS**
Monday - Friday
8:00 am - 4:30 pm

**PHONE:**
717-764-4646

**NOTICE:**
Effective July 1, 2018, sewer treatment rates will be increased to $95.00 per quarter. Trash collection will remain the same. There will no longer be a fee for garbage disposals. Metered customers will increase to $2.96 / per 1,000 gpd.

---

Tear Here and Return with Payment — Tear Here and Return with Payment — Tear Here and Return with Payment — Tear Here and Return with Payment — Tear Here and Return with Payment — Tear Here and Return with Paym

**MANCHESTER TOWNSHIP**
3200 Farmtrail Road
York, PA 17406
Make Check Payable To: **MANCHESTER TOWNSHIP SEWER**

WRIGHT, KIMBERLY
1869 BRANDYWINE LN
YORK, PA, 17404

**SEWER / TRASH BILL PAYMENT STUB**

| Premise | Please Pay |
|---|---|
| 4954 | $156.60 |
| **Account Number** | **Amount Enclosed** |
| 4043018690 | |

Mail to: MANCHESTER TOWNSHIP
3200 Farmtrail Road
York, PA 17406-5699

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

*Kimberly Wright*  Civil No. 1-18-bk-00373-HWV

    Defendant(s)  Chapt:.13

    vs.

Lawrence V. Young, Esquire
CGA Law Firm; its Attorneys
135 North George Street
York, Pennsylvania 17401

Manchester Township

    Plaintiff(s)

### Certificate of Service

I hereby certifiy that a copy of was sent by first class mail, postage pre-paid, upon the following listed below:

NO:, 1-18-bk-00373-HWV

*Lawrence V. Young, Esquire*
*CGA Law Firm, its Attorneys*
*135 North George Street*
*York, Pennsylvania 17401*

*Manchester Township*

KIMBERLY WRIGHT, prose
2536 EASTON BLVD #122
YORK, PA 17402

3