```
                      United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00373-HWV
Kimberly Wright                                                 Chapter 13
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: JGoodling        Page 1 of 1        Date Rcvd: Jul 10, 2018
                            Form ID: ortext        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
db             +Kimberly Wright,   2536 Eastern Blvd #122,   York, PA 17402-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor   WILMINGTON SAVINGS FUND ET AL jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Lawrence V. Young    on behalf of Creditor   Manchester Township lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kimberly Wright,             Chapter: 13

     **Debtor 1**             Case number: 1:18−bk−00373−HWV

## ORDER

Proceeding Memo re: Hearing on Motion for Relief from Automatic Stay (re: 1869 Brandywine Lane, York, PA); held. Record made. Court to enter order denying motion. Appearances: Kimberly Wright appeared in person and Lawrence Young participated by CourtCall. IT IS SO ORDERED on 7/10/2018. /s/Henry W. Van Eck (RE: related document(s)34). (Goodling, Joan)

Order Text Entries (Form ortext) (5/18)