```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00373-HWV
Kimberly Wright                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: KADavis          Page 1 of 1          Date Rcvd: Jul 10, 2018
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
db              +Kimberly Wright,    2536 Eastern Blvd #122,   York, PA 17402-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        James   Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
         bkgroup@kmllawgroup.com
        Jill   Manuel-Coughlin    on behalf of Creditor    WILMINGTON SAVINGS FUND ET AL jill@pkjllc.com,
         chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         ;mary.raynor-paul@pkallc.com
        Lawrence V. Young    on behalf of Creditor   Manchester Township lyoung@cgalaw.com,
         tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
         m;jrosenau@cgalaw.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                     TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    KIMBERLY WRIGHT,<br>                *Debtor*<br><br>MANCHESTER TOWNSHIP,<br>                *Movant*<br>v.<br><br>KIMBERLY WRIGHT<br><br>AND<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE,<br>                *Respondents* | Chapter 13<br><br>Case No. 1-18-bk-00373-HWV |

ORDER GRANTING RELIEF FROM
THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(a)

Upon consideration and review of the within Motion for Relief from the Automatic Stay (the "Motion") filed herein, and after notice and a hearing, it is hereby

**ORDERED** that the Motion is **DENIED**.

Dated: July 10, 2018

By the Court,

/s/ Henry W. Van Eck

Henry W. Van Eck, Bankruptcy Judge (LS)