## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

*Kimberly Wright*  Civil No. 1-18-bk-00373-HWV

    Debtor(s)  Chapt:13

    vs.

James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, ste 5000
Philadelphia, PA 19106

Wilmington Savings Fund Society, FSB,
D/B/A Christiana Trust, not individually
but as trustee for Pretium Mortgage
Acquisition trust is 120 So. 6th st.,
Suite 2100, Minneapolis, MN 55402.

    Respondent(s)



### OPPOSITION TO OBJECTIONS OF DEBTOR'S CONFIRMATION OF PLAN

Defendant(s) Kimberly Wright, Pro Se, file this Objections to Respondent to NonConfirmation of Plan proceedings of Movant's complaint and as grounds therefore state(s):

Debtor, is amending to show proper numbers as it pertains to case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

KIMBERLY WRIGHT, prose<br>
2536 EASTON BLVD #122<br>
YORK, PA 17402

1

*Kimberly Wright*                                  Civil No. 1-18-bk-00373-HWV

         Debtor(s)                     Chapt:13

           vs.

*Wilmington Savings Fund Society, FSB*
*D/B/A Christiana Trust, not individually*
*but as trutee for Pretium Mortgage*
*Acquisition trust is 120 So. 6th st.,*
*Suite 2100, Minneapolis, MN 55402.,*

James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, ste 5000
Philadelphia, PA 19106
          Respondent(s)

## Certificate of Service

I hereby certifiy that a copy of was sent by first class mail, postage pre-paid, upon the following on the date listed below:

NO:, 1-18-bk-00373-HWV

*Wilmington Savings Fund Society, FSB*          Charles J. Dehart, III Esq.
*D/B/A Christiana Trust, not individually*            8125 Adams Dr. Ste A
*but as trustee for Pretium Mortgage*                 Hummelstown, PA 17036
*Acquisition trust is 120 So. 6th st.,*
*Suite 2100, Minneapolis, MN 55402.,*

James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, ste 5000
Philadelphia, PA 19106

                                                                   <u>KIMBERLY WRIGHT</u>, prose
                                                                   2536 EASTON BLVD #122
                                                                         YORK, PA 17402