UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

*Kimberly Wright*                                    Civil No. 1-18-bk-00373-HWV

    Defendant(s)                              Chapt:13

    vs.

Lawrence V. Young, Esquire

CGA Law Firm; its Attorneys

135 North George Street

York, Pennsylvania 17401

Manchester Township

    Plaintiff(s)

## OPPOSITION TO LAWRENCE V. YOUNG, ESQ; CGA LAW FIRM OBJECTIONS OF LIEN CLAIM AND NOTICE OF MOTION TO APPEAL PROCEEDINGS

1. REQUEST TO STRIKE LIEN CLAIM, ON GROUNDS THAT PLAINTIFF HAS NO COMPACITY **TO PLACE ILLEGAL LIEN** ON PROPERTY AND COLLECT FOR PAST DUE AMOUNTS THAT DONOT EXIST ALONG WITH ATTORNEY FEE'S.

2. ATTORNEY LAWRENCE V. YOUNG HAS NO RECOURSE FOR LIEN CLAIM HE HAS FILED AND IS ACTING IN A FRAUDULENT COMPACITY ON BEHALF OF MANCHESTER TOWNSHIP WHO HAS THEMSELF PROVIDED PROOF THROUGH THE COURT THAT THE AMOUNT $1423.60 IS INCORRECT AND HAS BEEN OMITTED AND CORRECTED.

3. WITHSTANDING EVIDENCE ABOVE, THE ILLEGAL LIEN SHOULD BE DISMISSED BY ATTORNEY LAWRENCE V. YOUNG RETIFIED AND SETTLED AS SATISFIED.

                                                  KIMBERLY WRIGHT, prose
                                                2536 EASTON BLVD #122
                                                YORK, PA 17402

FILED HARRISBURG, PA 2018 AUG 17 PM 3:38 CLERK U.S. BANKRUPTCY COURT

1

*Kimberly Wright*                                Civil No. 1-18-bk-00373-HWV

        Defendant(s)                      Chapt:.13

        vs.

Lawrence V. Young, Esquire
CGA Law Firm; its Attorneys
135 North George Street
York, Pennsylvania 17401

Manchester Township

        Plaintiff(s)

### Certificate of Service

I hereby certifiy that a copy of was sent by first class mail, postage pre-paid, upon the following listed below:

NO:, 1-18-bk-00373-HWV

*Lawrence V. Young, Esquire*
*CGA Law Firm, its Attorneys*
*135 North George Street*
*York, Pennsylvania 17401*

*Charles J. Dehart, III Esq.*
*8125 Adams Dr. Ste A*
*Hummelstown, PA 17036*

*Manchester Township*

        KIMBERLY WRIGHT, prose
        2536 EASTON BLVD #122
        YORK, PA 17402