```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 18-00373-HWV
Kimberly Wright                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: BWagner      Page 1 of 1      Date Rcvd: Aug 20, 2018
                            Form ID: pdf010    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2018.
```
db          +Kimberly Wright,    2536 Eastern Blvd #122,   York, PA 17402-2914
cr          +Manchester Township,    3200 Farmtrail Road,   York, PA 17406-5699
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2018 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          Jill  Manuel-Coughlin   on behalf of Creditor    WILMINGTON SAVINGS FUND ET AL jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com
          Lawrence V. Young   on behalf of Creditor   Manchester Township lyoung@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
           m;jrosenau@cgalaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 5
```

Rev. 12/01/17

LOCAL BANKRUPTCY FORM 3007-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Kimberly Wright

CHAPTER 13

CASE NO. 1-18-bk-00373-HWV

Debtor(s)

Kimberly Wright

Objector

v.

Manchester Township

Claimant

TO: Manchester Township ("Claimant")

**NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE**

Kimberly Wright filed an objection to the proof of claim you filed in this bankruptcy case.

**NOTICE: Your claim may be reduced, modified, or eliminated. You should read this notice and the objection carefully and discuss them with your attorney, if you have one.**

If you do not want the court to enter an order affecting your claim, then on or before September 21, 2018, (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

Those not permitted to file electronically must deliver any request for hearing or response by U.S. mail, courier, overnight/express mail, or in person at:

(Select the appropriate address)

☐ 274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

☑ Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

If you mail your request for hearing or response to the court, you must mail it early enough so the court will receive on or before the date stated above.

You must also send a copy of your request for hearing or response to:

Kimberly Wright
2536 Eastern Blvd #122
York, PA 17402

(Movant's attorney's name and address)

(Names and addresses of others to be served)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

Kimberly Wright

Attorney for Objector

2536 Eastern Blvd #122

(Address)

York, PA 17402

301-461-0625

(Phone)

(Facsimile)

(Email)

(Attorney ID No.)

Date of Notice: 8/20/18