# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     KIMBERLY WRIGHT
                     Debtor(s)

CHARLES J. DEHART, III           CHAPTER 13
CHAPTER 13 TRUSTEE
                     Movant

vs.                                        CASE NO: 1-18-00373-HWV

KIMBERLY WRIGHT
                     Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 27, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on February 14, 2018.

2. A hearing was held and an Order was entered on June 13, 2018 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                 Respectfully submitted,

                                                 s/   James K. Jones, Esq.
                                                 Id:   39031
                                                 Attorney for Trustee
                                                 Charles J. DeHart, III
                                                 Standing Chapter 13 Trustee
                                                 Ste. A, 8125 Adams Drive
                                                 Hummelstown, PA   17036
                                                 Ph.   717-566-6097
                                                 Fax. 717-566-8313
                                                 eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    KIMBERLY WRIGHT

                 CHAPTER 13

            Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE           CASE NO: 1-18-00373-HWV
            Movant

## **NOTICE**

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg      Date: July 24, 2019
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101      Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: June 27, 2019

IN RE: KIMBERLY WRIGHT

                Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                Movant

CHAPTER 13

KIMBERLY WRIGHT

CASE NO: 1-18-00373-HWV

                Respondent(s)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 27, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PRO SE , | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| KIMBERLY WRIGHT<br>2536 EASTERN BLVD #122<br>YORK, PA 17402 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 27, 2019

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KIMBERLY WRIGHT

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III | |
| CHAPTER 13 TRUSTEE | |
| Movant | |
| KIMBERLY WRIGHT | CASE NO: 1-18-00373-HWV |
| Respondent(s) | |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.