UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: KIMBERLY WRIGHT | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| KIMBERLY WRIGHT | : | |
| Respondent(s) | : | CASE NO. 1-18-bk-00373 |

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 22nd day of August, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The plan is underfunded relative to claims to be paid.
    b. Secured claims not in plan. (Manchester Twp – Claim #2)
    c. The plan is inconsistent with Proofs of Claims filed and/or approved by the Court. (Wilmington Savings Fund – Claim #1)

3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. 2017 Federal Income Tax return. (second request)

4. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

    a. Failure to use the Model Plan as adopted by the Court.
       Effective December 1, 2018 – Local Form 3015-1.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

> Respectfully submitted:
>
> Charles J. DeHart, III
> Standing Chapter 13 Trustee
> 8125 Adams Drive, Suite A
> Hummelstown, PA 17036
> (717) 566-6097

BY: /s/James K. Jones
 Attorney for Trustee

CERTIFICATE OF SERVICE

AND NOW, this 22nd day of August, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kimberly Wright
2536 Eastern Blvd., #122
York, PA 17402

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee