UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Kimberly Wright

    Debtor

Charles J. DeHart, III Esq.
Trustee

vs.

Wilmington Savings Fund Society, FSB,
D/B/A Christiana Trust, not individually
but as trustee for Pretium Mortgage
Acquisition trust is 120 So. 6th st.,
Suite 2100, Minneapolis, MN 55402

    Movant

NO:, 18-00373HWY

Chapter 13

FILED HARRISBURG, PA
2019 SEP 17 AM 9:39
CLERK U.S. BANKRUPTCY COURT

## MOTION FOR CONTINUANCE

PLEASE TAKE NOTICE THAT on September 25, 2019 at 9:30 a.m on soon thereafter as the matter of the Court by ex-parte application for an Order granting a continuance of a new Hearing date for a period of <u>21 days</u> pursuant to Pennsylvania Rule 216 of Court on the grounds:

The request for a continuance under Rule 216

(1) Such documents will be absent because of facts arising subsequent to the service of the hearing and which would be a proper ground for continuance under the provisions of Rule 216(A);

(2) Defendent's, Kimberly Wright excused inability to obtain essential documents, or other material evidence despite diligent efforts; or

(3) A significant, unanticipated change in the status of the case as a result of which the case is not ready for trial set on the date of September 25, 2019. The defendant, Kimberly Wright has requested a Motion for Continuance to gather and receive additional information regarding payment history from plaintiff, Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition trust.

I affirm under the penalty of perjury that the foregoing is true and correct to the best of my information and belief.

*K. Wright*

<u>KIMBERLY WRIGHT, prose</u>
2536 EASTON BLVD #122
YORK, PA 17402

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Kimberly Wright            NO:, 18-00373HWY

    Debtor               Chapter 13

Charles J. DeHart, III Esq.
Trustee

vs.

Wilmington Savings Fund Society, FSB,
D/B/A Christiana Trust, not individually
but as trustee for Pretium Mortgage
Acquisition trust is 120 So. 6th st.,
Suite 2100, Minneapolis, MN 55402

          Movant

## CERTIFICATE OF SERVICE OF NOTICE OF MOTION FOR CONTINUANCE

I hereby certifiy that a copy was sent by first class mail, postage pre-paid, and/or electronic means, upon the following on the date listed below:

KML LAW GROUP, P.C.            Charles J. DeHart, III Esq.
James C. Warmbrodt, Esq.           8125 Adams Drive, Ste A
701 Market Street, Suite 5000        Hummelstown, PA 17036
Philadelphia, PA 19106
Attorney for Movant/Applicant

Wilmington Savings Fund Society, FSB,
D/B/A Christiana Trust, not individually
but as trustee for Pretium Mortgage
Acquisition trust is 120 So. 6th st.,
Suite 2100, Minneapolis, MN 55402.

     Method of Service: electronic means or first class mail to all parties listed.

                                                        KIMBERLY WRIGHT, prose
                                                        2536 EASTON BLVD #122
                                                           YORK, PA 17402